IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EVELYN ISABEL GUTIERREZ,<br><br>    Defendant. | Case No. 21 cr 1934-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

This Court has reviewed and considered the joint motion to continue the Motion Hearing/Trial Setting and to exclude time. Good cause appearing, it is hereby **ORDERED** that the Motion Hearing/Trial Setting in this case be continued from August 6, 2021 to September 3, 2021, at 1:30 p.m.

**GOOD CAUSE ALSO HAVING BEEN SHOWN by the joint motion**, this Court finds that the ends of justice are served by continuing the status hearing and that the need for the continuance outweighs the best interest of the public and the defendant in a speedy trial. For that and other reasons set forth in the joint motion, the Speedy Trial clock continues to be tolled until at least September 3, 2021.

**SO ORDERED.**

Dated:  August 3, 2021

                                                      Hon. Janis L. Sammartino
                                                      United States District Judge